<div align="center">

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

</div>

Aaron Broussard
Broussard & Williamson
1301 Common Street
Lake Charles LA 70601

<div style="border:1px solid black; padding:5px;">

Judgment on rehearing rendered and
mailed to all parties or counsel of
record on August 10, 2022

</div>

<div align="center">

**REHEARING ACTION: August 10, 2022**

</div>

**Docket Number: 20   00388-WCA**

**ROBERT LAPOINT**
**VERSUS**
**COMMERCE & INDUSTRY INSURANCE**
**COMPANY AND STEPHENS TPS, INC.**

**Appealed from Office of Workers' Compensation - # 3 Case No. 13-06349**

**BEFORE JUDGES:**

    **Hon. Billy Howard Ezell**
    **Hon. Shannon J. Gremillion**
    **Hon. John E. Conery**
    **Hon. Candyce G. Perret**
    **Sharon D. Wilson**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Robert LaPoint** has this day been

    **DENIED.**
    Ezell, J., would grant the rehearing.
    Wilson, J., would grant the rehearing.

cc: Robert A. Dunkelman, Counsel for the Appellee
    Marshall Perkins, Counsel for the Appellee